*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, McCONNELL, and FOIL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Robert T. DOYLE**
Master-at-Arms Seaman (E-3),
U.S. Navy
Appellant

**No. 201900051**

Decided: 11 December 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Commander Hayes Larson, U.S. Navy. Sentence adjudged 23 October 2018 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 110 days, and a bad-conduct discharge.

For Appellant: Captain Scott F. Hallauer, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law

and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court